**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Elias Miguel BARRERA–MEDINA,
Defendant–Appellant.**

No. 06–10163.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 18, 2006.*

Filed Sept. 25, 2006.

Jon K. Vincent, Phillip A. Talbert, Esq., USSAC–Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Victor S. Haltom, Esq., Sacramento, CA, for Defendant–Appellant.

Before: O'SCANNLAIN, GRABER and CLIFTON, Circuit Judges.

MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Accordingly, the government's unopposed motion for summary affirmance of the district court's judgment is granted.

All pending motions are denied as moot.

**AFFIRMED.**

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

